In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00049-CR**
_____

**GARRET WAYNE BILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-06-07659-CR**

**MEMORANDUM OPINION**

Appellant Garret Wayne Bills has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). The motion to dismiss the appeal is signed by the Appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on March 5, 2024
Opinion Delivered March 6, 2024
Do Not Publish

Before Horton, Johnson and Wright, JJ.